

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

*/s/ Barbara J. Houser*
**United States Bankruptcy Judge**

**Signed May 11, 2011**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| SOUTHLAKE AVIATION, LLC, | § § | CASE NO. 11-32035-bjh |
| DEBTOR. | § § | (Chapter 11) |

### ORDER DISMISSING DEBTOR'S CASE

On this day came on for consideration the Motion to Dismiss Case ("Motion") filed by Southlake Aviation, LLC ("Debtor"). The Court, having considered the Motion and having determined that service of the Motion was made in accordance with the Federal Rules of Bankruptcy Procedure and having further noted that no objections were filed to the Motion, finds that the Motion should be GRANTED. **IT IS THEREFORE,**

**ORDERED** that the Debtor's chapter 11 case is dismissed.

**IT IS FURTHER,**

**ORDERED** that the Debtor is directed to pay all Quarterly Fees owed to the U.S. Trustee.

### END OF ORDER ###